UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
PAYLINE WEST, INC § Case No. 09-25167
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    US Courthouse
    Bankruptcy Clerk
    Assignment Desk, Rm 710
    219 S. Dearborn St.
    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/08/2012 in Courtroom 250,
    US Courthouse
    100 S. 3rd St.
    Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/03/2012      By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| PAYLINE WEST, INC | § § § | Case No. 09-25167 |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | $ | $ | $ | $ |
| 000002 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia MI 48153-9905 | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia MI 48153-9905 | $ | $ | $ | $ |
| 000004 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia MI 48153-9905 | $ | $ | $ | $ |
| 000005 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia MI 48153-9905 | $ | $ | $ | $ |
| 000044A | Befco, Inc.<br>PO BOX 6036<br>Rocky MT, NC 27802-6036 | $ | $ | $ | $ |
| 000082 | Kubota Credit Corporation<br>David G Lubben LLC<br>401 Main Street Suite 1600<br>Peoria, IL 61602-1241 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000091A | CNH Capital America, LLC Gregory J Jordan Apostol Dowal & Jordan Ltd 200 S Wacker Dr 32nd Floor Chicago, IL 60606 | $ | $ | $ | $ |

Total to be paid to secured creditors           $_____

Remaining Balance           $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses           $_____

Remaining Balance           $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000049 | Richard R Voltz 11829 Everglades Road Huntley, IL 60142 | $ | $ | $ |
| 000050 | Wayne V Stover 2844 Weld Road Elgin, IL 60124 | $ | $ | $ |
| 000051 | Brian A Baughan 21108 Oak Lane Maple Park, Il 60151 | $ | $ | $ |
| 000059 | Adrian Butler 509 E Kelsey Malta, IL 60150 | $ | $ | $ |
| 000062 | Roberts N Melsch 766 N Edgelawn Aurora, IL 60506-1866 | $ | $ | $ |
| 000065A | IBM Credit LLC B H Shideler Two Lincoln Centre Oakbrook Terrace, IL 60181 | $ | $ | $ |
| 000066 | Sherri Smith 342 Jewett Street Elgin, IL 60123 | $ | $ | $ |
| 000068 | Bradley T Beaulieu 2199 Sutton Drive South Elgin, IL 60177 | $ | $ | $ |
| 000069 | Juan Barberan 902 Scott Drive Sycamore, IL 60178 | $ | $ | $ |
| 000070 | Gary A Jones 3300 W Pleasant View Drive McHenry, IL 60050 | $ | $ | $ |
| 000071 | John R Allen 353 S Collins Street South Elgin, IL 60177 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000072 | Thomas Ralph<br>0N251 Woodvale Street<br>Winfield, IL 60190 | $ | $ | $ |
| 000073 | Stephen B Karstion<br>279 N Stato<br>Box 7<br>Hampshire, IL 60140 | $ | $ | $ |
| 000075 | Randy L Dolister<br>361 E Kirke Gate<br>Lee, IL 60530 | $ | $ | $ |
| 000076 | Ronald W Feldman<br>722 Harvey Street<br>Dekalb, IL 60115-4554 | $ | $ | $ |
| 000080 | Jeffrey R Sensor<br>229 N Weston Avenue<br>Elgin, IL 60123 | $ | $ | $ |
| 000094A | Mississippi Valley Stihl<br>302 North Commerce Place<br>Peoria, IL 61604-5288 | $ | $ | $ |
| 000096A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ | $ | $ |
|  | IL Dept. of Employment Sec. | $ | $ | $ |
|  | IRS | $ | $ | $ |
|  | IRS | $ | $ | $ |
|  | IL Dept of Rev<br>PO Box 19447<br>Springfield, IL 62794-9447 | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                     $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Bearing Headquarters Comp<br>Division Of Headco<br>P.O. BOX 6267<br>Broadview, Illinois 60155-6267 | $ | $ | $ |
| 000009 | Ralph Helm, INC.<br>36W710 FOOTHILL ROAD<br>ELGIN, Illinois 60123 | $ | $ | $ |
| 000010 | Randall Pressure Systems<br>1100 Commerce Drive<br>Geneva, Illinois 60134 | $ | $ | $ |
| 000011 | ETW Corporation<br>PO BOX 688<br>W. Caldwell, NJ 07007 | $ | $ | $ |
| 000012 | Naturescape Design, Inc.<br>180 Detroit Street<br>Cary, Illinois 60013-2927 | $ | $ | $ |
| 000013 | Burns Industrial Supply<br>W8622 Willis Ray Road<br>Whitewater, WI 53190-3800 | $ | $ | $ |
| 000014 | Ace Manufacturing & Dist.<br>PO BOX 1188<br>Gadsden, AL 35902 | $ | $ | $ |
| 000015 | Source One Office Product<br>380 Production Drive<br>South Elgin, Illinois 60177 | $ | $ | $ |
| 000016 | John Day Company<br>P.O. BOX 3366<br>Omaha, NE 68176-0140 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | Whitey's Towing, Inc.<br>520 Cary/Algonquin Road<br>Cary, Illinois 60013 | $ | $ | $ |
| 000018 | Parent Petroleum<br>37W370 Route 38<br>St. Charles, Illinois 60175-1500 | $ | $ | $ |
| 000019 | Montage Enterprises, Inc.<br>140 Route 94<br>PO BOX 631<br>Blairstown, NJ 07825 | $ | $ | $ |
| 000020 | Finn Corporation<br>PO BOX 630439<br>Cincinnati, OH 45263-0439 | $ | $ | $ |
| 000021 | Clifton Gunderson LLP<br>1301 W 22ND St., STE 1100<br>Oak Brook, Illinois 60523-2020 | $ | $ | $ |
| 000022 | Equip Development Co., Inc<br>100 Thomas Johnson Drive<br>Frederick, MD 21702-4600 | $ | $ | $ |
| 000023 | Atlantic Intl. Dist., Inc<br>2905 Danese Street<br>Jacksonville, FL 32206 | $ | $ | $ |
| 000024 | Pace, Inc.<br>739 S. Mill Street<br>Plymouth, MI 48170 | $ | $ | $ |
| 000025 | Streator Lawn & Garden<br>212 West Main Street<br>Streator, Illinois 61364 | $ | $ | $ |
| 000026 | The Equipment Lock Co.<br>PO BOX 4308<br>Winchester, VA 22604 | $ | $ | $ |
| 000027 | Alpha Graphics<br>2740 East Main Street<br>St. Charles, Illinois 60174 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | Valley Hydraulic Service<br>610 Stevenson Road<br>South Elgin, Illinois 60177 | $ | $ | $ |
| 000029 | IPC Industries, Inc.<br>194 N. Brandon Drive<br>Glendale HTS, Illinois 60139-2087 | $ | $ | $ |
| 000030 | P & G Keene Electrical Rebuilders, LLC<br>8432 S. Beloit Avenue<br>Bridgeview, IL 60455 | $ | $ | $ |
| 000031 | Pomp's Tire Service, Inc.<br>PO BOX 1630<br>Green Bay, WI 54305-1630 | $ | $ | $ |
| 000032 | Keen Edge Company<br>8615 Ogden Avenue<br>PO BOX 44<br>Lyons, Illinois 60534-0044 | $ | $ | $ |
| 000033 | Allied Waste Service #933<br>5050 W Lake St<br>Melrose Park, IL 60160 | $ | $ | $ |
| 000034 | Allied Waste Service #933<br>5050 W Lake St<br>Melrose Park, IL 60160 | $ | $ | $ |
| 000035 | H & H Sales & Mfg. Inc.<br>3160 Commodity Lane<br>Green Bay, WI 54304 - 5668 | $ | $ | $ |
| 000036 | Cylinder Services, Inc.<br>629 Heartland Dr.<br>Sugar Grove, Illinois 60554 | $ | $ | $ |
| 000037 | Fleet Charge-Diamond Adv.<br>PO BOX 930347<br>Kansas City, MO 64193-0347 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000039 | Airgas North Central<br>PO BOX 802588<br>Chicago, Illinois 60680-2588 | $ | $ | $ |
| 000040 | Brett Equipment Corp.<br>13907 S. Kostner Ave.<br>Crestwood, Illinois 60445-2205 | $ | $ | $ |
| 000041 | Leach Enterprises, Inc.<br>4304 Route 176<br>Crystal Lake, Illinois 60014 | $ | $ | $ |
| 000042 | Guy Machinery<br>14213 Washington Street<br>Woodstock, Illinois 60098 | $ | $ | $ |
| 000043 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | $ | $ | $ |
| 000044B | Befco, Inc.<br>PO BOX 6036<br>Rocky MT, NC 27802-6036 | $ | $ | $ |
| 000045 | Tom's Welding/Fabricating<br>1289 HWY 251 North<br>Lindenwood, Illinois 61049 | $ | $ | $ |
| 000046 | Pirtek South Holland<br>17077-A Westview Ave<br>South Holland, Illinois 60473 | $ | $ | $ |
| 000047 | Engine Power, Inc.<br>Box #684091<br>Milwaukee, WI 53268-4091 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000048 | Auto Machine, Inc.<br>310 North 6TH Street<br>St. Charles, Illinois 60174 | $ | $ | $ |
| 000052 | PFW Systems Corporation<br>850 Medway Park Court<br>London, Ontario<br>Canada N6G5C6 | $ | $ | $ |
| 000053 | Robert Oksas<br>POB 147<br>Maple Park, IL 60151 | $ | $ | $ |
| 000054 | Russo Power Equipment<br>9525 W. Irving Park Road<br>Schiller Park, Illinois 60176 | $ | $ | $ |
| 000055 | Apache Hose/Belting, Inc.<br>P.O. BOX 1802<br>Cedar Rapids, IA 52406-1802 | $ | $ | $ |
| 000056 | Power Equipment Co.<br>5465 Reliable Parkway<br>Chicago, Illinois 60686-0054 | $ | $ | $ |
| 000057 | Sentry Select Insurance<br>PO BOX 88315<br>Milwaukee, WI 53288-0315 | $ | $ | $ |
| 000058 | Diversified Products Marketing, Inc<br>PO BOX 36<br>Davenport, NE 68335 | $ | $ | $ |
| 000060 | Machinery Trader Accounts Receivable<br>P.O. BOX 85673<br>Lincoln, NE 68501-5673 | $ | $ | $ |
| 000061 | U S Small Business Administration<br>c/o Mary Cvengros<br>500 W Madison St., 12th Floor<br>Chicago, IL 60661 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000063 | Sentry Select Insurance<br>PO BOX 88315<br>Milwaukee, WI 53288-0315 | $ | $ | $ |
| 000064 | Metro North Industrial TIRE & Supply, Inc.<br>21W438 North Avenue<br>Lombard, Illinois 60148 | $ | $ | $ |
| 000065B | IBM Credit LLC<br>B H Shideler<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 | $ | $ | $ |
| 000067 | Textron Financial Corporation<br>11575 Great Oaks Way, Ste 210<br>Alpharetta, GA 30022 | $ | $ | $ |
| 000074 | GE Commercial Distribution Finance Corp<br>Laura F Ketcham Husch Blackwell Sanders<br>736 Georgia Ave Suite 300<br>Chattanooga, TN 37402 | $ | $ | $ |
| 000077 | Zep Manufacturing Company<br>13237 Collections Center<br>Chicago, Illinois 60693 | $ | $ | $ |
| 000078 | James A. Payne<br>190 Selwyn Lane<br>Buffalo Grove, Illinois 60089 | $ | $ | $ |
| 000079 | Payne Properties, LLC<br>190 Selwyn Lane<br>Buffalo Grove, Illinois 60089 | $ | $ | $ |
| 000081 | Kubota Tractor Corporation<br>David G Lubben<br>Dais & Campbell LLC<br>401 Main Street Suite 1600<br>Peoria, IL 61602-1241 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000083 | Western Finance & Lease, Inc.<br>PO Box 640<br>Devils Lake, ND 58301-0640<br>ATTN: Robin Steffan | $ | $ | $ |
| 000084 | Western Finance & Lease, Inc.<br>PO Box 640<br>Devils Lake, ND 58301-0640<br>ATTN: Robin Steffan | $ | $ | $ |
| 000085 | Bastone & Son's Hauling & Excavating L.L.C.<br>630 Herra Street<br>Elburn, Illinois 60119 | $ | $ | $ |
| 000086 | Brillion Farm Equipment<br>1767 Momentum Place<br>Chicago, Illinois 60689-5317 | $ | $ | $ |
| 000087 | United Parcel Service<br>c/o RMS Bankruptcy Recovery Services<br>POB 4396<br>Timonium, MD 21094 | $ | $ | $ |
| 000088 | Rockford Diesel Injection Service, Inc.<br>4225 11TH Street<br>Rockford, Illinois 61109 | $ | $ | $ |
| 000089 | Martin Implement Sales<br>18405 115TH Avenue<br>Orland Park, Illinois 60467-9489 | $ | $ | $ |
| 000090 | Harris N.A.<br>Bill Pitner<br>111 W. Monroe St.,<br>Chicago, IL 60603 | $ | $ | $ |
| 000091B | CNH Capital America, LLC<br>Gregory J Jordan<br>Apostol Dowal & Jordan Ltd<br>200 S Wacker Dr 32nd Floor<br>Chicago, IL 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000092 | Woods Equipment Company<br>2606 IL Rt 2 South<br>POB 1000<br>Oregon, IL 61061 | $ | $ | $ |
| 000094B | Mississippi Valley Stihl<br>302 North Commerce Place<br>Peoria, IL 61604-5288 | $ | $ | $ |
| 000097 | Kubota Credit Corporation<br>David G Lubben LLC<br>401 Main Street Suite 1600<br>Peoria, IL 61602-1241 | $ | $ | $ |
| 000099 | GE Commercial Distribution Fin.<br>Laura F Ketcham Husch Blackwell Sanders<br>736 Georgia Ave Suite 300<br>Chattanooga, TN 37402 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000095 | Cintas Corporation # 355<br>5100 26th Avenue<br>Rockford, Illinois 61109-1706 | $ | $ | $ |
| 000096B | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000100 | National Construction Rentals<br>c/o Jonathan Neil & Assoc Inc<br>POB 7000<br>Tarzana, CA 91357 | $ | $ | $ |
| 000101 | CNH Capital America LLC<br>analyst number L01035632955706025243 17557<br>POB 3600<br>Lancaster, PA 17604-3600 | $ | $ | $ |
| 000102 | Western Finance & Lease, Inc.<br>PO Box 640<br>Devils Lake, ND 58301-0640<br>ATTN: Robin Steffan | $ | $ | $ |

        Total to be paid to tardy general unsecured creditors    $_____

        Remaining Balance    $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                Prepared By:  <u>/s/ Roy Safanda</u>
                                                                      Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.